# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0600

_____

ANTHONY R. BAKER JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petitioner for Writ of Certiorari — Original Jurisdiction.

October 18, 2018

PER CURIAM.

Anthony Baker, Jr., ("Petitioner"), filed a Petition for Writ of Certiorari challenging the trial court's denial of his Motion to Stop the Detention Facility from Denying and Limiting Indigent Inmate Access to the Court. He claims the policy of the detention facility which limits indigent inmates to only eight free legal envelopes a month, violates his constitutional right to access to courts.

As Petitioner has been released from the detention facility, we dismiss the petition as moot. "An issue is moot when the controversy has been so fully resolved that a judicial determination can have no actual effect." *Godwin v. State*, 593 So. 2d 211, 212 (Fla. 1992). On appeal, a case becomes moot where, by a change of circumstances prior to the appellate court's decision, an intervening event makes it impossible for the judiciary to grant

a party any effectual relief. *Montgomery v. Dep't of Health & Rehab. Servs.*, 468 So. 2d 1014, 1016 (Fla. 1st DCA 1985).

Petition DISMISSED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––

Anthony R. Baker Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Respondent.